UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| FOURTH QUARTER PROPERTIES 86, LLC, | ) ) ) | CASE NO. 15-10135-WHD |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| FOURTH QUARTER PROPERTIES 86, LLC, | ) ) ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | ADVERSARY PROC. NO. 16-01035 |
| | ) | |
| MLIC ASSET HOLDINGS, LLC AND MLIC CB HOLDINGS, LLC, | ) ) ) | |
| Defendants. | ) | |

**MLIC ASSET HOLDINGS, LLC AND MLIC CB HOLDINGS, LLC'S
MOTION TO DISMISS COUNTS II AND III OF PLAINTIFF'S COMPLAINT IN PART**

COME NOW Defendants MLIC Asset Holdings, LLC and MLIC CB Holdings, LLC (collectively, "MLIC"), by and through their undersigned counsel of record, and move this honorable Court to dismiss Counts II and III of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this proceeding through Fed. R. Bankr. P. 7012. This motion is based upon a supporting brief, all pleadings, and all other matters of record.

WHEREFORE, MLIC respectfully requests that this Court dismiss Counts II and III of Plaintiff's Complaint with prejudice, tax Plaintiff with all costs, and grant MLIC such other and further relief this Court deems just and appropriate.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ Gary A. Barnes*
Gary A. Barnes
Georgia Bar No. 038575
gbarnes@bakerdonelson.com
Ron C. Bingham, II
Georgia Bar No. 057240
rbingham@bakerdonelson.com
Madeleine G. Kvalheim
Georgia Bar No. 131496
mkvalheim@bakerdonelson.com
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
404.577.6000 (Telephone)
404.221.6501 (Facsimile)

*Counsel for MLIC ASSET HOLDINGS, LLC
and MLIC CB HOLDINGS, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| FOURTH QUARTER PROPERTIES 86, ) | CASE NO. 15-10135-WHD |
| LLC, ) | |
| ) | CHAPTER 11 |
|     Debtor. ) | |
| ) | |
| FOURTH QUARTER PROPERTIES 86, ) | |
| LLC, ) | |
| ) | |
|     Plaintiff. ) | |
| ) | |
| v. ) | ADVERSARY PROC. NO. 16-01035 |
| ) | |
| MLIC ASSET HOLDINGS, LLC AND ) | |
| MLIC CB HOLDINGS, LLC, ) | |
| ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, Gary A. Barnes, of the firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Monarch Plaza, Suite 1600, 3414 Peachtree Road, NE, Atlanta, Georgia 30326, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age; and

    That I have this day served a copy of the MLIC ASSET HOLDINGS, LLC AND MLIC CB HOLDINGS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN PART in the above-styled case as follows:

| | |
|---|---|
| Thomas T. McClendon | Ward Stone, Jr |
| Stone and Baxter, LLP | Stone & Baxter LLP |
| Suite 800 | Suite 800 Fickling & Company Bldg. |
| 577 Mulberry Street | 577 Mulberry Street |
| Macon, GA 31201 | Macon, GA 31201 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

This 13th day of December, 2016.

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.

        */s/ Gary A. Barnes*
        Gary A. Barnes
        Georgia Bar No. 038575
        gbarnes@bakerdonelson.com
        Ron C. Bingham, II
        Georgia Bar No. 057240
        rbingham@bakerdonelson.com
        Madeleine G. Kvalheim
        Georgia Bar No. 131496
        mkvalheim@bakerdonelson.com
        Monarch Plaza, Suite 1600
        3414 Peachtree Road, N.E.
        Atlanta, Georgia 30326
        404.577.6000 (Telephone)
        404.221.6501 (Facsimile)

        *Counsel for MLIC ASSET HOLDINGS, LLC and MLIC CB HOLDINGS, LLC*